

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2016

No. 04-16-00210-CV

**E. P.**,
Appellant

v.

**TRAVIS COUNTY DISTRICT ATTORNEY**,
Appellee

From the 331st District Court, Travis County, Texas
Trial Court No. D-1-EX-11-000068
Honorable David Crain, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file motion for reconsideration is hereby GRANTED. Time is extended to October 24, 2016. NO FURTHER EXTENSIONS OF TIME WILL BE ALLOWED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2016.

_____
Keith E. Hottle
Clerk of Court